BRISTOL FEDERAL SAVINGS BANK *v.* DOROTHY E.
GAGNON ET AL.
(11090)

LAVERY, LANDAU and CRETELLA, Js.

Argued October 2—decision released November 3, 1992

*Dorothy E. Gagnon,* pro se, the appellant (named defendant).

*Mark Ziogas,* for the appellee (plaintiff).

PER CURIAM. We have fully reviewed the claims on appeal, examined the record and briefs and heard argument. We conclude that the appeal is without merit.

The judgment is affirmed.